IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Case No.  02-CR-00063-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS NOHOWEC,

    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS

FOR ORDER OF DETENTION

---

    This matter comes before the court on April 11, 2007, on the Petition on Probation and Supervised Release and Warrant for Arrest of Probationer/Supervised Release. The defendant waived his right to a preliminary hearing and based upon such waiver this court finds probable cause as to all counts in the Petition on Probation and Supervised Release.

    Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings.  The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]."

    In making my findings of fact, I have taken judicial notice of the information set forth in the Petition on Probation and Supervised Release, the Presentence Report and the entire court file.  I have also considered the arguments of counsel.  Under the

circumstances, I find that the defendant has not sustained his burden of establishing that he will not flee or fail to appear at future proceedings in this matter. Moreover, the defendant is not contesting detention as this time. On the record before the court, I find that no condition or combination of conditions of release will reasonably assure the appearance of the defendant. Accordingly, I order the defendant detained without bond.

Done this 11th day of April 2007.

BY THE COURT

S/ Michael J. Watanabe

Michael J. Watanabe
U.S. Magistrate Judge