# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  02-cr-00063-EWN-03 |
| | USM Number:  30887-013 |
| THOMAS WILLIAM NOHOWEC | Mitch Baker, Appointed |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, and 4 , as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 2/2/07 |
| 2 | Possession and Use of a Controlled Substance | 2/7/07 |
| 3 | Possession and Use of a Controlled Substance | 2/22/07 |
| 4 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Urinalysis) | 2/17/07 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 20, 2007
Date of Imposition of Judgment

s/ Edward W. Nottingham
Signature of Judge

Edward W. Nottingham, U.S. District Judge
Name & Title of Judge

May 1, 2007
Date

DEFENDANT:  THOMAS WILLIAM NOHOWEC
CASE NUMBER:  02-cr-00063-EWN-03                                       Judgment-Page 2 of 5

DEFENDANT:  THOMAS WILLIAM NOHOWEC
CASE NUMBER:  02-cr-00063-EWN-03                                                                 Judgment-Page 3 of 5

## IMPRISONMENT

  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eleven (11) months.  No supervision following term of imprisonment.

  The court recommends that the Bureau of Prisons credit defendant with 17 days spent in official detention prior to revocation of supervised release.

  The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

  Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
      Deputy United States Marshal

DEFENDANT:  THOMAS WILLIAM NOHOWEC
CASE NUMBER:  02-cr-00063-EWN-03                                                Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 4 | $100.00 | $0.00 | $18,239.76 |
| **TOTALS** | $100.00 | $0.00 | $18,239.76 |

The defendant must make restitution (including community restitution) to the following payees in the amounts listed below.  If the defendant makes a partial payment, each payee shall receive an approximately proportional payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | * Total Amount | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| US Bank<br>Attn:  David Cuthriell<br>2555 S. Colorado Blvd, Suite 30,<br>Denver, Colorado  80222 | $15,718.62 | $15,718.62 | 100% |
| King Soopers<br>Attn: Check Department,<br>Reference:  Nohowec<br>Post Office Box 5567<br>Denver, Colorado  80217 | $2,065.02 | $2,065.02 | 100% |
| Wells Fargo Bank<br>Attn:  Investigations<br>C-7300-122<br>1740 Broadway<br>Denver, Colorado  80274<br>Ref: Account # 1828113734 | $456.12 | $456.12 | 100% |
| **TOTALS** | $18,239.76 | $18,239.76 | |

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  THOMAS WILLIAM NOHOWEC
CASE NUMBER:  02-cr-00063-EWN-03                                                        Judgment-Page 5 of 5

3612(f).  All of the payment options set forth below may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

The defendant is ordered to pay the balance owing of restitution in the amount of $13,744.17.  The restitution obligation shall be joint and several with similar obligations to pay restitution imposed on Carl Goodwin in 02-cr-00063-01-EWN.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) penalties.